UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI Z. STORM,<br><br>          Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>          Defendants. | Case No. 24-cv-07829-AMO (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

      On November 8, 2024, Plaintiff Dimitri Z. Storm, a state prisoner, filed the present prisoner complaint under 42 U.S.C. § 1983, representing himself. On that same date, the Clerk of the Court sent a notice to Storm, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* application. The Clerk sent Storm a blank *in forma pauperis* application and told him that he must pay the fee or return the completed application within twenty-eight days, or his action would be dismissed. More than twenty-eight days have passed, and Storm has not paid the filing fee, returned the *in forma pauperis* application, or otherwise communicated with the Court.

      Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall terminate all pending motions and close the file.

      **IT IS SO ORDERED.**

Dated: January 29, 2025

                                                                  **ARACELI MARTÍNEZ-OLGUÍN**
                                                                  United States District Judge